In re State of Louisiana; — Plaintiff; Applying for Supervisory and/or Remedial *988 Writs, Parish of Orleans, Criminal District Court Div. H, No. 335-090; to the Court of Appeal, Fourth Circuit, No. 2004-K-1826.
Writ granted; sentence reinstated. Relator’s filing below, properly considered as an application for post-conviction relief, was untimely by a matter of twelve years and should not have been considered on the merits by the district court. La. C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; La.C.Cr.P. art. 930.3; State ex rel. Melinie v. State, 93-1380 (La.1/12/96), 665 So.2d 1172.
JOHNSON, J., would deny the writ.